# Court of Appeals
# of the State of Georgia

ATLANTA, __May 10, 2023__

*The Court of Appeals hereby passes the following order:*

**A23A0202.  JOHN SEABROOK et al. v. NATIONS CAPITAL, LLC. et al.**

Following a two-day bench trial, the trial court issued a Final Order in this case entering judgment in favor of Appellees Nations Capital, LLC and Harriet Frederick on their breach of contract claim against Appellants John Seabrook and Vacant Properties, LLC. The trial court also dismissed Appellants' remaining counterclaims. Appellants filed a notice of appeal, as twice amended, specifically requesting that the "[t]ranscripts of evidence and proceedings shall be included in the record on appeal." While the record includes the transcript from an earlier hearing held on October 20, 2020, it does not include a properly filed and certified transcript from the bench trial conducted on March 29 and March 30, 2022. See Court of Appeals Rules 17, 18, and 19.[1] Accordingly, this case must be remanded to the trial court for completion of the record in accordance with Appellants' notice of appeal and this Court's Rules. Upon completion, the clerk of the trial court is directed to retransmit the case to this Court, where it will be redocketed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/10/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The bench trial transcripts were filed as "Exhibits" to the Appellees' Proposed Findings of Fact and Conclusions of Law." However, this is an unacceptable means of transmitting a trial or other transcript to our Court. Our rules specifically provide that transcripts be transmitted as a separate document or on a compact disc, which must be in searchable pdf form, and not attached to the record and that each part of the transcript must be certified by both the court reporter and trial court clerk. See Court of Appeals Rules 18 (e), 19. Further, the transcripts filed as exhibits in the record here are not in the proper format. See Court of Appeals Rule 18 (a).